# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 17-17290-AMC

ELIZABETH L BOLDEN

6148 OSAGE AVE

PHILADELPHIA, PA 19143

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    ELIZABETH L BOLDEN

    6148 OSAGE AVE

    PHILADELPHIA, PA 19143

**Counsel for debtor(s), by electronic notice only.**
    JOHN L. MCCLAIN
    JOHN L MCCLAIN AND ASSOCIATES
    PO BOX 123
    NARBERTH, PA 19072-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                        /s/ William C. Miller

Date: 1/3/2018

                        _____
                        William C. Miller, Esquire
                        Chapter 13 Standing Trustee