**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| Bolden, Elizabeth L. | : Chapter 13 |
| Debtor | : 17-17290 |

**CERTIFICATE OF SERVICE**

     I certify that on  July 29, 2018, I mailed by regular first class mail and or by electronic means, a copy of the Debtor's Application for Order to Sell Real Property Free and Clear of Liens and Order Requiring Answer and Notice of Hearing to Consider Application to the parties listed below.

Dated:  July 29, 2018.

      "/s/" Mitchell J. Prince
     John L. McClain, Esquire
     Mitchell J. Prince, Esquire
     Attorneys for debtor

John L. McClain and Associates
Attorneys at Law
PO Box 123
Narberth, PA 19072

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

Caliber Home Loans
13801 Wireless Way
Oklahoma City OK 73134
(Per Proof of Claim)

**Kevin Buttery**
Authorized Agent for Secured Creditor
RAS Crane, LLC
10700 Abbott's Bridge Road, Suite 170
Duluth, GA, 30097
(Per Proof of Claim)

Sarah K. McCaffery, Esquire
Richard M. Squire & Associates, LLC
One Jenkintown Station
115 West Ave. Suite 104
Jenkintown, PA 19046

Brian K. Wilson, ABR, BPOR, GREEN

Accredited Commercial Realtor
ReMax Affiliates – International Division
1033 N. 2nd St., 5th Floor
Philadelphia, PA 19123
www.BrianWilsonRealEstateAgents.com

Bolden, Elizabeth L.
6148 Osage Ave
Philadelphia, PA 19143