**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **Bolden, Elizabeth L.** | **: Chapter 13** |
| **Debtor** | **: 17-17290** |

## CERTIFICATE OF SERVICE

I certify that on  August 19, 2018, I mailed by regular first class mail and or by electronic means, a copy of the Debtor's Application for Order to Sell Real Property Free and Clear of Liens and Order Requiring Answer and Notice of Hearing to Consider Application to the parties listed below.

Dated:  August 19, 2018.

 "/s/" Mitchell J. Prince
John L. McClain, Esquire
Mitchell J. Prince, Esquire
Attorneys for debtor

John L. McClain and Associates
Attorneys at Law
PO Box 123
Narberth, PA 19072

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

Megan N. Harper
Deputy City Solicitor
City of Philadelphia Law Department
Municipal Services Building
1401 J.F.K. Blvd., 5th Floor
Philadelphia, PA 19102-1595
215-686-0503
megan.harper@phila.gov

Brian K. Wilson, ABR, BPOR, GREEN
Accredited Commercial Realtor
ReMax Affiliates – International Division
1033 N. 2nd St., 5th Floor
Philadelphia, PA 19123
www.BrianWilsonRealEstateAgents.com

Bolden, Elizabeth L.
6148 Osage Ave
Philadelphia, PA 19143