**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    **Bolden, Elizabeth L.**          : **Chapter 13**
    **Debtor**                  : **17-17290**

## REVISED ORDER

**AND NOW,** this 30th day of    August,      2018, upon consideration of the application by Debtor,  **Elizabeth L. Bolden and**  it is hereby **ORDERED** as follows:

    1.  The Debtor's Motion to Sell her property located at 349 Beverly Blvd, Upper Darby, PA 19082, is hereby approved,

    2.  The Court finds the Buyer to be a purchaser in good faith,

    3.  The Debtor is authorized and permitted to make the following, distributions from proceeds generated at settlement:

    (a) Any and all past due real estate taxes, if any, and present real estate taxes if any, shall be prorated to the date of settlement,

    (b)  Municipal claims, if any, including past due sewer, water ro refuse charges, if any, and any present municipal claims prorated at settlement;

    (c) Any mortgage claim existing on the subject premises including  the mortgage claim filed by LSF9 Participation Trust which will be paid in full subject to a proper payoff quote at the time of closing;

    (d) All applicable closing costs including any real estate transfer taxes, realtor's commission paid in conformity with the terms, and conformity with the terms, and condition of the agreement of sale; and

    (e) The Debtor's share shall be made payable to William C. Miller, Trustee, P.O. Box 1799, Memphis, Tennessee 38101-1799, to contribute to the funding of her chapter 13 plan.

    4.  This Order shall be effective immediately and shall not be subject to the Stay otherwise imposed by Bankruptcy Rule 6004 (g); and

    5.  The Debtor is authorized to sign all deeds and other documents needed to transfer good title to the Real Property to the Buyer.

    6.  The Title Company shall send a copy of the final HUD-1 Settlement

Statement to William C. Miller, Trustee, P.O. BOX 1229, Philadelphia, PA 19105, within 2 Days after closing.

BY THE COURT

_____

Ashely M. Chan, U.S. Bankruptcy Judge

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Bolden, Elizabeth L.
6148 Osage Ave
Philadelphia, PA 19143

Caliber Home Loans
13801 Wireless Way
Oklahoma City OK 73134
(Per Proof of Claim)

**Kevin Buttery**
Authorized Agent for Secured Creditor
RAS Crane, LLC
10700 Abbott's Bridge Road, Suite 170
Duluth, GA, 30097
(Per Proof of Claim)

Sarah K. McCaffery, Esquire
Richard M. Squire & Associates, LLC
One Jenkintown Station
115 West Ave. Suite 104
Jenkintown, PA 19046

Brian K. Wilson, ABR, BPOR, GREEN
Accredited Commercial Realtor
ReMax Affiliates – International Division
www.BrianWilsonRealEstateAgents.com

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106