United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Elizabeth L. Bolden  
       Debtor

Case No. 17-17290-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: TashaD      Page 1 of 1      Date Rcvd: Aug 28, 2018  
                       Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2018.  
db          +Elizabeth L. Bolden,   6148 Osage Avenue,   Philadelphia, PA 19143-1008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2018                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2018 at the address(es) listed below:  
          JOHN L. MCCLAIN    on behalf of Debtor Elizabeth L. Bolden aaamcclain@aol.com,  
           edpabankcourt@aol.com  
          KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank Trust National Association as Trustee for  
           GIFM Holdings Trust bkgroup@kmllawgroup.com  
          MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank Trust National Association as Trustee  
           for GIFM Holdings Trust bkgroup@kmllawgroup.com  
          SARAH K. MCCAFFERY    on behalf of Creditor    LSF8 Master Participation Trust  
           smccaffery@squirelaw.com  
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    LSF8 Master Participation Trust paeb@fedphe.com  
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                                                                                       TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    Bolden, Elizabeth L.              : Chapter 13

    Debtor                         : 17-17290

## ORDER

**AND NOW,** this 28th day of August, 2018, upon consideration of the application by Debtor, **Elizabeth L. Bolden and** it is hereby **ORDERED** as follows:

1. The Debtor's Motion to Sell her property located at 349 Beverly Blvd, Upper Darby, PA 19082, is hereby approved,

2. The Court finds the Buyer to be a purchaser in good faith,

3. The Debtor is authorized and permitted to make the following, distributions from proceeds generated at settlement:

    (a) Any and all past due real estate taxes, if any, and present real estate taxes if any, shall be prorated to the date of settlement,

    (b) Municipal claims, if any, including past due sewer, water ro refuse charges, if any, and any present municipal claims prorated at settlement;

    (c) Any mortgage claim existing on the subject premises;

    (d) All applicable closing costs including any real estate transfer taxes, realtor's commission paid in conformity with the terms, and conformity with the terms, and condition of the agreement of sale; and

    (e) The Debtor's share shall be made payable to William C. Miller, Trustee, P.O. Box 1799, Memphis, Tennessee 38101-1799, to contribute to the funding of her chapter 13 plan.

4. This Order shall be effective immediately and shall not be subject to the Stay otherwise imposed by Bankruptcy Rule 6004 (g); and

5. The Debtor is authorized to sign all deeds and other documents needed to transfer good title to the Real Property to the Buyer.

6. The Title Company shall send a copy of the final HUD-1 Settlement

Statement to William C. Miller, Trustee, P.O. BOX 1229, Philadelphia, PA 19105, within 2 Days after closing.

BY THE COURT

_____
Ashely M. Chan,    **Bankruptcy Judge**

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Bolden, Elizabeth L.
6148 Osage Ave
Philadelphia, PA 19143

Caliber Home Loans
13801 Wireless Way
Oklahoma City OK 73134
(Per Proof of Claim)

**Kevin Buttery**
Authorized Agent for Secured Creditor
RAS Crane, LLC
10700 Abbott's Bridge Road, Suite 170
Duluth, GA, 30097
(Per Proof of Claim)

Sarah K. McCaffery, Esquire
Richard M. Squire & Associates, LLC
One Jenkintown Station
115 West Ave. Suite 104
Jenkintown, PA 19046

Brian K. Wilson, ABR, BPOR, GREEN
Accredited Commercial Realtor
ReMax Affiliates – International Division
www.BrianWilsonRealEstateAgents.com

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106