# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Elizabeth L. Bolden<br>       Debtor(s)<br><br>U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust, its successors and/or assigns<br>       Movant<br>  vs.<br>Elizabeth L. Bolden<br>       Debtor(s)<br><br>William C. Miller Esq.<br>       Trustee | CHAPTER 13<br><br><br><br><br>NO. 17-17290 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Objection to Confirmation of U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust, which was filed with the Court on or about **March 13, 2018; Docket No. 24**.

               Respectfully submitted,

               **/s/ Kevin G. McDonald, Esquire**
               Kevin G. McDonald, Esquire
               KML Law Group, P.C.
               BNY Mellon Independence Center
               701 Market Street, Suite 5000
               Philadelphia, PA  19106
               215-627-1322

September 10, 2018