## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
Bolden, Elizabeth L.
    Debtors/ Respondents : 17-17290

## Answer to Motion of
## For Relief from Automatic Stay

    Debtor, Elizabeth L. Bolden, by and through her undersigned attorney, hereby provides the following answers to the Motion for Relief from Stay filed by LSF8 Master Participation Trust, with an address of c/o Caliber Home Loans Inc ("Movant"). These responses are made without prejudice to debtor's right to present additional facts or contentions based upon information hereinafter obtained or evaluated. Debtor specifically reserves the right to supplement or amend her responses or present additional facts and contentions at a later date to any of the answers given.

    1.    Denied. The allegation contained herein are directed to a party other than the answering debtor, and they are denied as no response is required.

    2.    Admitted in Part. It is admitted that Debtor is the owner and last grantee of record to the real property situated at 349 Beverly Boulevard, Upper Darby, PA 19082. The remaining averments contained in this Paragraph consist of mischaracterization or summarization of documents that speak for themselves and they are denied as no response is required.

    3. -4.    Denied The averments contained in this Paragraph consist of mischaracterization or summarization of documents that speak for themselves and they are denied as no response is required.

    5.    Denied as stated. The filing of a bankruptcy petition immediately puts into effect the automatic stay, which prevents creditors from taking any further actions against the debtor or the debtor's property with respect to claims arising prior to commencement of the case. See 11 U.S.C. Section 362. By way of further answer, the allegation contained herein are directed to a party other than the answering debtor(s), and they are denied as no response is required. Proof thereof is demanded.

    6.    Denied. Proof thereof is demanded.

    7.    Denied. Debtor can neither admit nor deny the allegations because Debtor has no personal knowledge of the accuracy of such statement. Strict proof is hereby demanded.

    8. (a). & (b). Denied. by way of further response, a Revised Order was agreed upon by parties and was granted by this Honorable Court on August 30, 2018 allowing Debtor to sell the subject property. (See Docket No. 45 ).

9. The allegation is a legal conclusion of law to which no answer is required.

For the reasons set forth above, among others, and based on this Court's authority under the Bankruptcy Code, the Debtor prays that the motion be denied, and such other relief as is just and proper. The Debtor specifically reserves the right to supplement the answer at or prior to the hearing thereon.

Dated:  September 13, 2018

"/s/" Mitchell J. Prince
John L. Mc Clain, Esquire
Mitchell J. Prince, Esquire
Attorneys for Debtor
P.O. Box 123
Narberth, PA 19072
(215) 893-9357