# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE:**  : Chapter 13
    **Bolden, Elizabeth L.**
                                                            :  17-17290

    **Debtor**  :

## CERTIFICATE OF SERVICE

    I certify that copies of the **Debtor's Response to the Motion for Relief** was served upon the parties listed below, by mailing such copy by first class, regular U.S. mail, postage prepaid or by electronic means on September 13, 2018.

                                        "/s/" Mitchell J. Prince
                                        John L. McClain, Esquire
                                        Mitchell J. Prince, Esquire
                                        Attorneys for debtor

JOHN L. MCCLAIN & ASSOCIATES
ATTORNEYS AT LAW
PO Box 123
Narberth, PA 19072

LSF8 Master Participation Trust c/o Caliber Home Loans Inc
c/o Sarah K. McCaffery, Esquire
Richard M. Squire & Associates, LLC
One Jenkintown Station
115 West Avenue, Suite 104
Jenkintown, PA 19046
smccaffery@squirelaw.com (email)
Attorney for Movant

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106