United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Elizabeth L. Bolden  
    Debtor

Case No. 17-17290-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: JEGilmore     Page 1 of 1     Date Rcvd: Sep 18, 2018  
                            Form ID: pdf900       Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2018.  
db            +Elizabeth L. Bolden,   6148 Osage Avenue,   Philadelphia, PA 19143-1008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg           E-mail/Text: megan.harper@phila.gov Sep 19 2018 02:40:09   City of Philadelphia,  
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,  
                 Philadelphia, PA  19102-1595  
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 19 2018 02:39:18  
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,  
                 Harrisburg, PA  17128-0946  
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 19 2018 02:39:43   U.S. Attorney Office,  
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404  
                                                                                                                           TOTAL: 3

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2018 at the address(es) listed below:  
         JOHN L. MCCLAIN    on behalf of Debtor Elizabeth L. Bolden aaamcclain@aol.com,  
          edpabankcourt@aol.com  
         KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank Trust National Association as Trustee for  
          GIFM Holdings Trust bkgroup@kmllawgroup.com  
         MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank Trust National Association as Trustee  
          for GIFM Holdings Trust bkgroup@kmllawgroup.com  
         SARAH K. MCCAFFERY    on behalf of Creditor    LSF8 Master Participation Trust  
          smccaffery@squirelaw.com  
         THOMAS YOUNG.HAE SONG    on behalf of Creditor    LSF8 Master Participation Trust paeb@fedphe.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                                          TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

    **Bolden, Elizabeth L.**          : Chapter 13

    **Debtor**          : 17-17290

## ORDER

**AND NOW,** this 18th day of September, 2018, upon consideration of the application by Debtor, **Elizabeth L. Bolden and** it is hereby **ORDERED** as follows:

    1. The Debtor's Motion to Sell her property located at 6157 Larchwood Avenue, Philadelphia, PA, 19143, is hereby approved,

    2. The Court finds the Buyer to be a purchaser in good faith,

    3. The Debtor is authorized and permitted to make the following, distributions from proceeds generated at settlement:

    (a) Any and all past due real estate taxes, if any, and present real estate taxes if any, shall be prorated to the date of settlement,

    (b) Municipal claims, if any, including past due sewer, water ro refuse charges, if any, and any present municipal claims prorated at settlement;

    (c) Any mortgage claim existing on the subject premises;

    (d) All applicable closing costs including any real estate transfer taxes, realtor's commission paid in conformity with the terms, and conformity with the terms, and condition of the agreement of sale; and

    (e) The Debtor's share shall be made payable to William C. Miller, Trustee, P.O. Box 1799, Memphis, Tennessee 38101-1799, to contribute to the funding of her chapter 13 plan.

    4. This Order shall be effective immediately and shall not be subject to the Stay otherwise imposed by Bankruptcy Rule 6004 (g); and

    5. The Debtor is authorized to sign all deeds and other documents needed to transfer good title to the Real Property to the Buyer.

    6. The Title Company shall send a copy of the final HUD-1 Settlement

Statement to William C. Miller, Trustee, P.O. BOX 1229, Philadelphia, PA 19105, within 2 Days after closing.

BY THE COURT

_____
Ashely M. Chan,    **Bankruptcy Judge**

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Bolden, Elizabeth L.
6148 Osage Ave
Philadelphia, PA 19143

Megan N. Harper
Deputy City Solicitor
City of Philadelphia Law Department
Municipal Services Building
1401 J.F.K. Blvd., 5th Floor
Philadelphia, PA 19102-1595
215-686-0503
megan.harper@phila.gov

Brian K. Wilson, ABR, BPOR, GREEN
Accredited Commercial Realtor
ReMax Affiliates – International Division
www.BrianWilsonRealEstateAgents.com

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106