United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-17290-amc
Elizabeth L. Bolden                                                       Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore            Page 1 of 2              Date Rcvd: Jul 17, 2019
                              Form ID: 138NEW            Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2019.
db              +Elizabeth L. Bolden,    6148 Osage Avenue,    Philadelphia, PA 19143-1008
14004841        +Caliber Home Loans, In,    715 S Metropolitan Ave,    Oklahoma City, OK 73108-2088
14004844        +John L. McClain and Associates,    PO Box 123,    Narberth, PA 19072-0123
14004846        +LSF8 Master Participation Trust,    Caliber Home Loans, Inc,    13801 Wireless Way,
                  Oklahoma City, OK 73134-2500
14011208        +LSF8 Master Participation Trust,    c/o SARAH K. MCCAFFERY,    Richard M. Squire & Associates,
                  115 West Avenue,    Suite 104,    Jenkintown, PA 19046-2031
14004848        +Santander Consumer USA,    PO Box 961245,    Fort Worth, TX 76161-0244

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov Jul 18 2019 03:38:25     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA 19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 18 2019 03:37:42
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA 17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 18 2019 03:38:13     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14004849         E-mail/Text: megan.harper@phila.gov Jul 18 2019 03:38:25     WATER REVENUE BUREAU,
                  City of Philadelphia Law Dept,    1515 Arch Street, 15th flr,    Philadelphia, PA 19102
14070914         E-mail/Text: megan.harper@phila.gov Jul 18 2019 03:38:26     City of Philadelphia,
                  Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                  Philadelphia, PA 19102-1595
14004842         E-mail/Text: megan.harper@phila.gov Jul 18 2019 03:38:26     City of Philadelphia,
                  Law Dept. - Tax Unit,    1401 JFK Blvd. 5th Floor,    Phila., PA 19102
14054274        +E-mail/Text: ECMBKMail@Caliberhomeloans.com Jul 18 2019 03:38:53     Caliber Home Loans,
                  13801 Wireless Way,    Oklahoma City, OK 73134-2500
14004845        +E-mail/Text: ECMBKMail@Caliberhomeloans.com Jul 18 2019 03:38:53
                  LSF8 Master Participation Trust,    c/o Caliber Home Loans, Inc,    13801 Wireless Way,
                  Oklahoma City, OK 73134-2500
14004847        +E-mail/Text: nod.referrals@fedphe.com Jul 18 2019 03:37:00     Phelan, Hallinan & Schmieg, LLP,
                  1617 JFK Boulevard, Ste 1400,    Philadelphia, PA 19103-1814
14069673         E-mail/Text: jennifer.chacon@spservicing.com Jul 18 2019 03:38:54
                  U.S. Bank Trust National Association, et al,    c/o Select Portfolio Servicing, Inc.,
                  P.O. Box 65250,    Salt Lake City, UT 84165-0250
14039203         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 18 2019 03:47:52     Verizon,
                  by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK 73124-8838
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14004843*       +Elizabeth L. Bolden,    6148 Osage Ave,    Philadelphia, PA 19143-1008
14004840       ##+Bank of America,    NC4-105-03-14,    PO Box 26012,    Greensboro, NC 27420-6012
                                                                                              TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2           User: JEGilmore              Page 2 of 2                   Date Rcvd: Jul 17, 2019
                               Form ID: 138NEW              Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2019 at the address(es) listed below:
```
              JOHN L. MCCLAIN    on behalf of Debtor Elizabeth L. Bolden aaamcclain@aol.com,
               edpabankcourt@aol.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank Trust National Association as Trustee for
               GIFM Holdings Trust bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank Trust National Association as Trustee
               for GIFM Holdings Trust bkgroup@kmllawgroup.com
              SARAH K. MCCAFFERY    on behalf of Creditor    LSF8 Master Participation Trust
               smccaffery@squirelaw.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    LSF8 Master Participation Trust paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Elizabeth L. Bolden

      Debtor(s)                                                  Bankruptcy No: 17−17290−amc

                                                                        Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                          900 Market Street
                              Suite 400
                        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                          For The Court
                                                   Timothy B. McGrath
                                                    Clerk of Court

Dated: 7/17/19

                                                                                  78 − 77
                                                                     Form 138_new